## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RICK SCOTT, ROYCE D. KLEIN, JAMES MORRIS, and THOMAS MANGUM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, and UNITED HEALTHCARE SERVICE LLC,<br><br>    Defendants. | Civ. No. 20-1570 (PJS/BRT)<br><br><br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

  Defendants UnitedHealth Group Incorporated, United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and UnitedHealthcare Service LLC (collectively, "United") respectfully move the Court for an Order dismissing the Amended Complaint with prejudice in its entirety. This Motion is made pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

  This Motion is supported by all the files, records, and proceedings herein, including United's supporting memorandum of law and declaration.

1

Dated:  November 20, 2020

*s/ Michelle S. Grant*
Michelle S. Grant (#311170)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55404
(612) 340-2600

Brian D. Boyle (*pro hac vice*)
Jonathan D. Hacker (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

Elizabeth L. McKeen (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
(949) 823-6900

Amanda L. Genovese (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Defendants*