**UNITED STATES DISTRICT COURT**

**District of Minnesota**

| | |
|---|---|
| Rick Scott, Royce D. Klein, James Morris, Thomas Mangum, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-1570 PJS/BRT |
| UnitedHealth Group, Inc., United HealthCare Services, Inc., United HealthCare Insurance Company, United Healthcare Service LLC, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss [ECF No. 49] is GRANTED.

2. Plaintiffs' amended complaint [ECF No. 46] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Date: 5/21/2021                                                                                KATE M. FOGARTY, CLERK